# Court of Appeals
# of the State of Georgia

ATLANTA, _September 17, 2025_

*The Court of Appeals hereby passes the following order:*

## A26A0284. FAHEEM CARTER v. WILLIAM STARK.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court issued an adverse ruling, Faheem Carter filed a petition for review to the superior court. The superior court granted William Stark's motion for summary judgment, and Carter filed a notice of appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Carter failed to file an application for discretionary appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_09/17/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*